UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTEL PULLEN, *et al.,*

      Plaintiffs,

Case No. 14-11081

Honorable John Corbett O'Meara

v.

McDONALD'S CORPORATION, *et al.*,

      Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION

This matter came before the court on Plaintiffs' April 22, 2014 motion for reconsideration of the court's April 8, 2014 order of partial dismissal. Defendants do not oppose the motion, and no oral argument was heard.

Plaintiffs' March 21, 2014 Amended Complaint alleged six causes of action: two under the federal Fair Labor Standards Act, two under Michigan's Minimum Wage Law, and two under Michigan common law. On April 8, 2014, the court *sua sponte* dismissed the state law claims, citing the need to avoid jury confusion pursuant to 28 U.S.C. § 1367(c)(4). Upon further reflection the court finds that the risk of jury confusion in this case is minimal, and the unified litigation of federal and state claims will promote judicial economy and fairness to the litigants.

Therefore, it is hereby **ORDERED** that Plaintiffs' April 22, 2014 motion for reconsideration is **GRANTED.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: September 15, 2014

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 15, 2014, using the ECF system.

                                                   s/William Barkholz  
                                                   Case Manager